# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARDYS LANE,**<br>Plaintiff,<br>vs.<br>**JOHNSON & JOHNSON, ET AL.,**<br>Defendants. | CASE NO. 19-cv-02334-YGR<br><br>**ORDER GRANTING MOTION FOR REMAND**<br>Re: Dkt. Nos. 22, 29 |

Plaintiff Ardys Lane filed a motion to remand on May 30, 2019. (Dkt. No. 22.) Defendants Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively, "J&J") filed an opposition to said motion on June 13, 2019. (Dkt. No. 23.) On July 22, 2019, J&J withdrew their opposition to the remand motion in light of the July 19, 2019 decision from the U.S. District Court for the District of Delaware denying J&J's motion to fix venue in that court. (Dkt. No. 30.)

In light of J&J's non-opposition to the motion, the Court hereby **GRANTS** plaintiff's motion to remand this action to Alameda County Superior Court. The Clerk of Court is directed to remand the case and close the file.[1]

This Order terminates Docket Numbers 22 and 29.

**IT IS SO ORDERED.**

Dated: July 23, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The request to continue the August 19, 2019 case management conference (Dkt. No. 29) is **DENIED** as moot.